721 A.2d 55

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**David Joseph CESSNA, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 10, 1998.

### *ORDER*

PER CURIAM:

**AND NOW**, this 10th day of December 1998, the petition for allowance of appeal is GRANTED, the order of the Superior Court is VACATED pursuant to *Commonwealth v. Randolph,* 553 Pa. 224, 718 A.2d 1242 (1998) and the matter is REMANDED to the Court of Common Pleas for proceedings consistent with our decision in *Randolph.*

Justice SAYLOR did not participate in the consideration or decision of this case.